| ROBERT ANDREW SCHIFF AND N.O.W. PROPERTIES, L.L.C. | * | NO. 2019-CA-0334 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| LIDIA POLLARD | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., CONCURS IN THE RESULT.**